PROB 12B
ED/AR (12/2010)

# United States District Court
## for the
## Eastern District of Arkansas



### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Andrew Allen Zehr                    Case Number: 4:10CR00196-01 BRW

Name of Sentencing Judicial Officer:    Honorable Robert Junell, Western District of Texas
                                         United States District Judge

                                         August 16, 2010: Jurisdiction accepted in the Eastern District
                                         of Arkansas by the Honorable Billy R. Wilson, Jr.
                                         United States District Judge

Offense:                Bribery of a Public Official

Date of Sentence:       August 6, 2009

Sentence:               6 months Bureau of Prisons, 3 years supervised release, DNA testing, shall
                        not reside where firearms are possessed or stored, substance abuse treatment,
                        drug testing, mental health treatment, abstain from the use of alcohol during
                        term of supervision, 6 months home detention with electronic monitoring,
                        participate in workforce development programs and $100 special penalty
                        assessment

Type of Supervision:    Supervised Release        Date Supervision Commenced: March 8, 2010
                                                  Expiration Date: March 7, 2013

Asst. U.S. Attorney: Pat Harris                   Defense Attorney: Kim Driggers

U.S. Probation Officer: Dwayne M. Ricks
Phone No.: 501-604-5273

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall reside at and participate in a residential re-entry center for a period up to 90 days at the direction of the U.S. Probation Office.**

### CAUSE

Mr. Zehr failed to report for drug testing as instructed on November 29, 2010; January 4, February 3, March 8, April 6, June 20, July 11 and 27, August 22, October 31 and November 8, 2011. On April 27, 2011, a urine specimen obtained from Mr. Zehr was confirmed negative, but diluted by Alere

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Andrew Allen Zehr         Case Number: 4:10CR00196 WRW

Laboratories. On March 25, 2011, he failed to report for his scheduled outpatient substance abuse counseling session at Wilbur D. Mills in Batesville, Arkansas. Mr. Zehr also failed to submit his monthly supervision reports for the months of May, June, July, August, September, October, November and December 2010; and January, February, March, May and June 2011 on time.

On November 10, 2011, Mr. Zehr signed a Prob 49 waiver agreeing to the above-mentioned condition. On November 1, 2011, Mr. Zehr spoke with Federal Public Defender Kim Driggers, who also agreed to the modification.

_____         _____
Dwayne M. Ricks                         Pat Harris
U.S. Probation Officer                  Assistant U.S. Attorney

Date: 11/18/11                          Date: 11/30/11

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

12/6/2011
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

DMR/khm

Prob 12B                                -3-                        Request for Modifying the
                                                                   Conditions or Terms of Supervision
                                                                   with Consent of the Offender

Name of Offender:  Andrew Allen Zehr                    Case Number:  4:10CR00196 WRW

c:  Assistant Federal Public Defender, Kim Driggers, 1401 West Capitol Avenue, Suite 490, Little
    Rock, AR 72201
    Assistant U.S. Attorney, Pat Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at and participate in a residential re-entry center for a period up to 90 days at the direction of the U.S. Probation Office**

Witness: _Dwayne Kirks_
U.S. Probation Officer

Signed: _Andrew Zehr_
Probationer or Supervised Releasee

_11-10-11_
DATE